# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Kingfisher International | 11/29/2022 | Wire | $ 30,025.00 |
| Akorn Operating Company, LLC | Kingfisher International | 2/14/2023 | Wire | $ 137,850.00 |
| | | | | $ 167,875.00 |