**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | |
| GEORGE MILLER, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATES OF AKORN HOLDING COMPANY, LLC, ET AL., | |
| Plaintiff, | Adv. Pro. No. 25-50153 (KBO) |
| v. | **Related Adv D.I.**: 1 & 3 |
| KINGFISHER INTERNATIONAL, | |
| Defendant. | |

**NOTICE**

**PLEASE TAKE NOTICE** that the above-captioned Plaintiff hereby attaches proof of service upon the above-captioned Defendant of the complaint and related summons [Adv. D.I. 1, 3] giving rise to this adversary proceeding, in accordance with the laws of Canada under Article 5 of the Hague Service Convention.  The attached constitutes a formal Hague Certificate of Service issued by Canada.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Dated:  April 22, 2026

**SAUL EWING LLP**

_/s/ Paige N. Topper_
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com


_Counsel to Plaintiff George L. Miller, as Chapter 7 Trustee_