**Ministry of the Attorney General**

Court Services Division
District of Timiskaming
Ontario Court of Justice
Haileybury Courthouse
393 Main Street, P.O. Box 1208
Haileybury ON  P0J 1K0
**Tel.:**   705 672-1617 (Service in Ontario)
      705-672-1616 (Service outside Ontario)
**Fax.:**   705 672-3360

**Ministère du Procureur général**

Division des services aux tribunaux
District de Timiskaming
Cour de justice de l'ontario
Palais de justice de Haileybury
393, rue Main, C.P. 1208
Haileybury ON  P0J 1K0
**Tél. :**   705 672-1617 (Service à l'intérieur d'Ontario)
      705-672-1616 (Service à l'extérieur d'Ontario)
**Téléc. :** 705 672-3360



March 10, 2026

L. Celeste Ingalls
Crowe Foreign Services
733 SW Vista Avenue
Portland, OR
USA 97205

Dear Sir/Madam:

**Re:   Request for Service under the Hague Convention on Kingfisher International**

Further to your request, I have now received the Enforcement Officer's report advising that service was effected upon the above noted.

I enclose the completed Certificate which sets out the details of service, together with one of the sets of documents provided (duplicates of those served) annexed thereto.

Since payment has been received, we are now closing this file.

Yours very truly,

*S. Seed*

Stephanie Seed
Court and Client Services Representative
Central Authority for Service of Documents
in Ontario under the Hague Convention

Encls.

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☑ **1. that the document has been served\***
*que la demande a été exécutée\**

| | |
|---|---|
| **— the (date)** / *le (date):* | JANUARY, 16ᵗʰ 2026 |
| **— at (place, street, number):** *à (localité, rue, numéro) :* | 165 MOSTAR STREET #8, WHITCHURCH STOUFFVILLE  L4A 0Y2. |

**— in one of the following methods authorised by Article 5:**
*dans une des formes suivantes prévues à l'article 5 :*

| | | |
|---|---|---|
| ☐ | a) | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*** *selon les formes légales (article 5, alinéa premier, lettre a))\** |
| ☐ | b) | **in accordance with the following particular method\*:** *selon la forme particulière suivante\* :* _____ |
| ☑ | c) | **by delivery to the addressee, if he accepts it voluntarily\*** *par remise simple\** |

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Identity and description of person:** *Identité et qualité de la personne :* | ZAHID NASIR 226-501-1040 |
| **Relationship to the addressee (family, business or other):** *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | SENIOR VP OPERATIONS |

☐ **2. that the document has not been served, by reason of the following facts\*:**
*que la demande n'a pas été exécutée, en raison des faits suivants\*:*

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

***Annexes*** / *Annexes*

| | |
|---|---|
| **Documents returned:** *Pièces renvoyées :* | 2 |
| **In appropriate cases, documents establishing the service:** *Le cas échéant, les documents justificatifs de l'exécution :* | |

\* if appropriate / *s'il y a lieu*

| **Done at** / *Fait à* | **Signature and/or stamp** *Signature et / ou cachet* |
|---|---|
| **The** / *le* 165 MOSTAR ST #8 WHITCHURCH-STOUFFVILLE L4A 0Y2 | |

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant<br>L. Celeste Ingalls<br>Crowe Foreign Services<br>733 SW Vista Avenue<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com | Address of receiving authority<br>Adresse de l'autorité destinataire<br>Ministry of the Attorney General<br>Ontario Court of Justice<br>393 Main Street<br>Haileybury, ON P0J 1K0<br>Canada<br>T (705) 672-3395 ext. 214   F (705) 672-3360 |
|---|---|

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
Kingfisher International
165 Mostar St #8
Whitchurch-Stouffville
ON, L4A 0Y2, Canada

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :<br>_____ |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

- Hague Summary with Warning Page
- Summons
- Notice of Dispute Resolution Alternatives
- Complaint for Avoidance and Recovery of Transfers, with Exhibit A
- 
- Case No. 23-10253 (KBO)/Adv. Proc. No. 25-50153 (KBO)

\* if appropriate / s'il y a lieu

| **Done at** / Fait à Portland, Oregon USA,<br><br>**The /** le  September 24, 2025 | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|